**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE: Jonathan Duane Meziere Sr.      **CASE NO.:  14-81521**
  Josephine Alisa Meziere       **Chapter 13**

_____

**CHAPTER 13 PLAN**

    This pleading is a Bankruptcy Rule 3025 (d) Summary and Notice of a Chapter 13 Plan of Repayment filed by the above captioned Debtor(s).  The complete plan can be viewed and printed by logging on to PACER at www. lawb.uscourts.gov.  To obtain a Password, you may register at http://pacer.psc.uscourts.gov or call the PACER Service Center at 1-800-676-6856.  A summary of the contents of the plan filed by Debtor(s) is as follows:

    Debtor(s)' _PLAN OF REPAYMENT_ pursuant to 11 USC S.S.1321, S.S.1322, and S.S.1325; _PROPOSED ADEQUATE PROTECTION_ pursuant to 11 USC S.S.361; Debtor(s) _REQUEST FOR VALUATION OF SECURITY_ pursuant to 11 USC S.S.506:

I.  _Plan Summary_

  A. Plan Payment: **$1,675.00** per month for **60** months

  B. Length of plan: **60** months

  C. Amount of plan: **$100,500.00**

  D. Amount of secured creditors to be paid by the trustee through
   the plan: **$33,775.00**
   **6.0%** Interest to be paid to secured creditors in this plan: **$1,723.65**
   **4.84%** Interest to be paid to secured creditor (TD Auto): **$2,941.27**

  E. Amount of priority creditors to be paid in plan: **$0.00**

  F. Amount of Unsecured class 1 creditors in plan:  **$33,712.00**

  G. Percentage to be paid to Unsecured class 1 creditors**: More than 75%**

  H. Amount of Residential Mortgage to be thru Plan:  **$0.00**

  I. Amount of Residential Mortgage Arrears to be paid Thru Plan:  **$0.00**

  J. Special Class Unsecured Claim: **$13,636.00**

  K. **4%** interest to be paid to Special Class Unsecured: **$1,431.66**

    Debtor(s) herein will pay or cause to be paid to the standing Chapter 13 Trustee the amount set forth above in the Plan for a term of **60** months.  Said payments are to be made by:  **PAYROLL DEDUCTION.**

II.  _Payments to be made by the debtors outside the plan:_

| **CREDITOR** | **COLLATERAL** | **TOTAL DEBT** | **MONTHLY PAYMENTS** |
|---|---|---|---|
| None | | | |

III. _Disbursements under the plan._

  A. _Administrative priority claims:_

   1) C. Rodney Harrington - fee of **$2,800.00**

   2) Chapter 13 Trustee - a fee equal to **10%** of payments.

  B. **Priority claim**.

   **NONE**

**C.  Secured claims**:

The allowed secured claims set forth below shall be paid in full the value of the collateral, **plus 6.0% per annum interest on the collateral value**.  The balance of the claim shall be treated as unsecured.  Each creditor shall retain its lien.  The debtors are the owners of the property serving as collateral for payment of the secured claims.  Debtors are aware of the condition of the collateral and know its value.  On the Plan filing date, the property has the value set forth below. The value is based upon disposition of said property in a commercially reasonable manner.

| CREDITOR | COLLATERAL | FMV | TOTAL DEBT | SECURED | INTEREST | UNSECURED |
|---|---|---|---|---|---|---|
| **Ally Financial** | '10 Jeep Liberty | $9,640.00 | $9,640.00 | $9,640.00 | $1,542.09 | $0.00 |
| **Harbor Loans** | Misc. HHG's | $195.00 | $390.00 | $195.00 | $31.19 | $195.00 |
| **Tower Loans** | Misc. HHG's | $940.00 | $1,880.00 | $940.00 | $150.37 | $940.00 |
| THE FOLLOWING DEBT SHALL BE PAID AT 4.84% INTEREST | | | | | | |
| **TD Auto Fin.** | '15 Chrysler 200 | $23,000.00 | $23,000.00 | $23,000.00 | $2,941.27 | $0.00 |

**ADEQUATE PROTECTION:** These payments are to be made concurrently with attorney's fees and administrative fees.
**Ally Financial- $150.00**
**Harbor Loans- $50.00**
**Tower Loans- $50.00**
**TD Auto Finance- $150.00**

**D. Residence Mortgage Note:**

NONE

**Special Class- Mortgage Arrears- The following pre-petition arrears debt shall be repaid through this plan as a special secured debt with 0% interest over the life of the plan.**

NONE

**E.  Secured Claims with Collateral to be Surrendered: (In full satisfaction of debt)**

| CREDITOR | TOTAL DEBT | DESCRIPTION OF PROPERTY |
|---|---|---|
| None | | |

**F.  GENERAL UNSECURED CLAIMS:**  Unless listed above, all other claims:  listed on Schedule F as unsecured; (2) listed on Schedule D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

**G.  Unsecured Special Class, Paid @ 100% or Co-signed:**

The debtor desires that the following claims be paid in full through this plan, and, if co-signed, are to protect the interest of debtor's co-signer:

| CREDITOR | AMOUNT OF CLAIM |
|---|---|
| None | |

**H.  Special Class Unsecured Claims:**
**Sallie Mae Financial**: The debtor has a debt in the total amount of **$13,636.00** with **Sallie Mae Financial**.  The Trustee shall disburse a total of **$13,636.00** plus 4% interest of **$1,431.66** for a total amount of **$15,067.66** to be paid through this plan as a priority claim.  **Should there remain any non-dischargeable balance on the student loan claim, said balance shall survive the plan and debtors shall make arrangements with creditor for repayment.**

**PLAN AND SUMMARY DATE:  11/26/2014**

**Respectfully submitted:**

/s/C. Rodney Harrington                    /s/Jonathan Duane Meziere Sr.
**Attorney at Law**
**P. O. Box 1278**
**Natchitoches, LA  71458-1278**

/s/Josephine Alisa Meziere